FRANCES C. SCHUYLER, as Administratrix of the Estate of
FRED C. SCHUYLER, Deceased, Respondent, *v.* THE NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Schuyler* v. *N. Y. C. & H. R. R. R. Co.,* 68 App. Div. 650, affirmed.
(Argued February 23, 1903; decided March 17, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 17, 1901, which reversed a judgment in favor of
defendant entered upon a verdict directed by the court and
an order denying a motion for a new trial and granted a new
trial.

*M. C. Spratt* and *Charles A. Pooley* for appellant.

*John J. Ryan* for respondent.

Order affirmed and judgment absolute ordered for plaintiff
on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN,
VANN, CULLEN and WERNER, JJ.

---

EUPHEMIA LARBIG, Respondent, *v.* EDWIN H. PECK et al.,
Appellants.

*Larbig* v. *Peck,* 69 App. Div. 170, affirmed.
(Argued February 23, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
February 24, 1902, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Charles F. Brown* and *George S. Hamlin* for appellants.

*Louis Marshall* and *James W. Hyde* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT. MARTIN,
VANN, CULLEN and WERNER, JJ.